Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Victoria E. Mulvey (SBN 343220)
vmulvey@blakelylawgroup.com
BLAKELY LAW GROUP
1108 Manhattan Ave., Suite B
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

LINK 6

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEE LAUDER, INC., a Delaware Corporation; LE LABO HOLDING LLC, a Delaware Limited Liability Company; LA MER TECHNOLOGY, INC., a Delaware Corporation; CLINIQUE LABORATORIES, LLC, a Delaware Limited Liability Company; AVEDA CORPORATION, a Delaware Corporation; and 001 DEL LLC d/b/a TOM FORD, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART, INC., a Delaware Corporation; WAL-MART.COM USA, LLC, a California Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:26-cv-01341<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO SEAL AND STRIKE INADVERTENTLY FILED DRAFT COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF |

1  Plaintiffs have submitted an *Ex Parte* Application to Seal and Strike Inadvertently Filed Draft Complaint and Memorandum of Points and Authorities in support thereof, in addition to the Declaration of Victoria E. Mulvey, Esq. in support of the same. The Court has reviewed these documents, the pleadings, and records in this case and finds good cause for entry of this Order:

Whereas, on February 9, 2026 at or about 4:25 p.m., Plaintiffs filed a Complaint in the present action (ECF No. 1);

Whereas, approximately an hour thereafter Plaintiffs counsel realized that a draft version of the Complaint was inadvertently filed, instead of the final version;

Whereas, the draft version contains privileged attorney client communications and attorney work product;

Whereas, good cause exists because Plaintiffs' erroneous filing was a result of excusable neglect, and public exposure of privileged attorney client communications presents a risk of irreparable harm.

It is hereby **ORDERED** that Plaintiff's *Ex Parte* Application to Seal and Strike Inadvertently Filed Draft Complaint is **GRANTED** as follows:

1. The draft complaint inadvertently filed on February 9, 2026 (ECF No. 1) is immediately sealed;
2. Said draft complaint (ECF No. 1) is stricken from the public record;
3. Public access to ECF. No. 1 is restricted pending further order of this Court; and
4. The Complaint lodged concurrently with Plaintiffs' Application shall be deemed the operative pleading.

**IT IS SO ORDERED**

Dated: __February 19__, 2026

_____
Hon.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION