VINSON & ELKINS LLP
STEVEN D. MOORE (State Bar No. 290875)
stevemoore@velaw.com
555 Mission Street, Suite 2000
San Francisco, California 94105
Telephone:  415.979.6900
Facsimile:   415.651.8786

SARAH Y. KAMRAN (State Bar No. 347617)
skamran@velaw.com
2121 Avenue of the Stars, Suite 620
Los Angeles, CA 90067
Telephone:  213.527.6400
Fascimile:   213.527.6401

Attorneys for Defendants
WALMART, INC. and
WALMART.COM USA, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estée Lauder, Inc., a Delaware Corporation; LE LABO HOLDING LLC, a Delaware Limited Liability Company; LA MER TECHNOLOGY, INC., a Delaware Corporation; CLINIQUE LABORATORIES, LLC, a Delaware Limited Liability Company; AVEDA CORPORATION, a Delaware Corporation; and 001 DEL LLC d/b/a TOM FORD, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART, INC., a Delaware Corporation; WAL-MART.COM USA, LLC, a California Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-01341-HDV-ADS<br><br>**NOTICE OF APPEARANCE**<br><br><br>Judge:  Hon. Hernán D. Vera<br><br>Trial Date:  None Set<br>Date Action Filed:  February 19, 2026 |

Case No.: 2:26-cv-01341-HDV-ADS;
NOTICE OF APPEARANCE

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Vinson & Elkins LLP is appearing as counsel representing Defendants Walmart, Inc. and Wal-Mart.com USA, LLC ("Defendants") in the above-captioned matter.

The Defendants request that all notices, including electronic notices, given or required to be given, and all papers filed or served, or required to be served, in the above-captioned matter be provided to and served upon counsel for Defendants at the address set forth below:

STEVEN D. MOORE (State Bar No. 290875)
Vinson & Elkins LLP
555 Mission Street, Suite 2000
San Francisco, California 94105
Telephone: 415.979.6900
Facsimile: 415.651.8786
stevemoore@velaw.com

Dated: March 13, 2026                VINSON & ELKINS LLP

By: */s/ Steven D. Moore*
    Steven D. Moore

Attorneys for Defendants
WALMART, INC. and
WALMART.COM USA, LLC

1

Case No.: 2:26-cv-01341-HDV-ADS;
NOTICE OF APPEARANCE