VINSON & ELKINS LLP
STEVEN D. MOORE (State Bar No. 290875)
stevemoore@velaw.com
555 Mission Street, Suite 2000
San Francisco, California 94105
Telephone: 415.979.6900
Facsimile: 415.651.8786

SARAH Y. KAMRAN (State Bar No. 347617)
skamran@velaw.com
2121 Avenue of the Stars, Suite 620
Los Angeles, CA 90067
Telephone: 213.527.6400
Facsimile: 213.527.6401

Attorneys for Defendants
WALMART, INC. and
WALMART.COM USA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTÉE LAUDER, INC., a Delaware Corporation; LE LABO HOLDING LLC, a Delaware Limited Liability Company; LA MER TECHNOLOGY, INC., a Delaware Corporation; CLINIQUE LABORATORIES, LLC, a Delaware Limited Liability Company; AVEDA CORPORATION, a Delaware Corporation; and 001 DEL LLC d/b/a TOM FORD, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART, INC., a Delaware Corporation; WAL-MART.COM USA, LLC, a California Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-01341-HDV-ADS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 60 DAYS**<br><br>Judge: Hon. Hernán D. Vera<br><br>Trial Date: None Set<br>Date Action Filed: February 19, 2026<br><br>Complaint served: March 3, 2026<br>Current response date: March 24, 2026<br>New response date: May 26, 2026 |

Plaintiffs Estée Lauder, Inc., Le Labo Holding LLC, La Mer Technology, Inc., Clinique Laboratories, LLC, Aveda Corporation, and 001 Del LLC d/b/a Tom Ford (collectively, "Plaintiffs") and Defendants Walmart, Inc. and Wal-Mart.com USA, LLC (collectively "Defendants," and with Plaintiffs, the "Parties"), by and through their respective counsel of record, enter into the following stipulation, based on the recitals below:

WHEREAS, Plaintiffs filed their Complaint for Damages and Equitable Relief ("Complaint") naming Defendants on February 19, 2026, which was served on Defendants on March 3, 2026;

WHEREAS, the deadline for Defendants to answer, move to dismiss, or otherwise respond to the Complaint is currently March 24, 2026;

WHEREAS, the parties have met and conferred and agree to extend the deadline for Defendants to move against, answer, or otherwise respond to the Complaint by 60 days, which date falls on the Memorial Day holiday weekend, thus extending Defendants' deadline to May 26, 2026;

WHEREAS the Complaint asserts fifteen causes of action in total, including (a) six causes of action involving trademark infringement under the Lanham Act of up to twenty-three different registered trademarks specifically identified in the Complaint; (b) six causes of action for false designation of origin and false descriptions involving up to twenty-three registered trademarks; (c) one cause of action for trade dress infringement; (d) one cause of action for common law trademark infringement and unfair competition involving the twenty-three trademarks and one trade dress; and (e) one claim of vicarious trademark infringement involving the twenty-three trademarks;

WHEREAS Defendants need the additional extension on their deadline to move against, answer, or otherwise respond the Complaint in order to properly investigate the accused products, the asserted trademarks and trade dress, and the associated Marketplace sellers on Walmart.com;

1  THEREFORE, the parties stipulate and agree that Defendants' deadline to move against, answer, or otherwise respond the Complaint shall be extended to **May 26, 2026**.

Dated: March 13, 2026      VINSON & ELKINS LLP

By: */s/ Steven D. Moore*
    Steven D. Moore
    Sarah Y. Kamran

*Attorneys for Defendants WALMART, INC. and WALMART.COM USA, LLC*

Dated: March 13, 2026      BLAKELY LAW GROUP

By: */s/ Brent H. Blakely*
    Brent H. Blakely
    Victoria E. Mulvey

*Attorneys for Plaintiffs Estée Lauder, Inc; Le Labo Holding LLC; La Mer Technology, Inc.; Clinique Laboratories, LLC; Aveda Corporation;and 001 Del LLC d/b/a Tom Ford*

I, Steven D. Moore, attest that Brent H. Blakely of Blakely Law Group has read and approved the STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 60 DAYS and consents to its filing in this action, and to affixing his signature to it.

*/s/ Steven D. Moore*
Steven D. Moore