**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTÉE LAUDER, INC., a Delaware Corporation; LE LABO HOLDING LLC, a Delaware Limited Liability Company; LA MER TECHNOLOGY, INC., a Delaware Corporation; CLINIQUE LABORATORIES, LLC, a Delaware Limited Liability Company; AVEDA CORPORATION, a Delaware Corporation; and 001 DEL LLC d/b/a TOM FORD, a Delaware Limited Liability Company,<br><br>                Plaintiffs,<br><br>   vs.<br><br>WALMART, INC., a Delaware Corporation; WAL-MART.COM USA, LLC, a California Limited Liability Company; and DOES 1-10, inclusive,<br><br>                Defendants. | Case No.: 2:26-cv-01341-HDV-ADS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 60 DAYS**<br><br>Judge: Hon. Hernán D. Vera<br><br>Trial Date: None Set<br>Date Action Filed: February 19, 2026 |

1 Plaintiffs Estée Lauder, Inc., Le Labo Holding LLC, La Mer Technology, Inc., Clinique Laboratories, LLC, Aveda Corporation, and 001 Del LLC d/b/a Tom Ford (collectively, "Plaintiffs") and Defendants Walmart, Inc. and Wal-Mart.com USA, LLC (collectively "Defendants," and with Plaintiffs, the "Parties"), by and through their respective counsel of record, have stipulated to the following:

Defendants' deadline to move against, answer, or otherwise respond to Plaintiffs' Complaint for Damages and Equitable Relief is extended by 60 days, from the current deadline of March 24, 2026, to **May 26, 2026**.

The Parties' request for an order confirming their stipulation as described above is GRANTED.

IT IS SO ORDERED.

Dated: _____   _____
Honorable Hernán D. Vera
United States District Court Judge